IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDITH F. VOLLMAR | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPS TECHNOLOGIES, LLC, | : | No. 15-2087 |
| *Defendant*. | : | |

## O R D E R

**AND NOW**, this 2nd day of December, 2016, in consideration of Defendant SPS Technologies, LLC's Motion for Summary Judgment (Doc. No. 22) and Plaintiff Judith Vollmar's Motion for Partial Summary Judgment (Doc. No. 23), responses thereto (Doc. Nos. 24, 25, 28, and 29), and following oral argument, it is **hereby ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. No. 22) is **DENIED**;

2. Plaintiff's Motion for Partial Summary Judgment (Doc. No. 23) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge